UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARIA M.,

Plaintiff,

Case No. 3:25-cv-451

vs.

COMMISSIONER OF SOCIAL SECURITY,

District Judge Michael J. Newman
Magistrate Judge Kimberly A. Jolson

Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 10); (2) OVERRULING PLAINTIFF'S OBJECTIONS (Doc. No. 11); (3) AFFIRMING THE ALJ'S NON-DISABILITY FINDING; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This disability benefits appeal is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Kimberly Jolson (Doc. No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Jolson recommends that the Administrative Law Judge's ("ALJ's") non-disability finding be affirmed. Doc. No. 10 at PageID 1203. Plaintiff objects to the R&R (Doc. No. 11), and the Commissioner responded (Doc. No. 12).

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter, including Plaintiff's objections. The Court concludes that the R&R sets forth the applicable law and is well reasoned. Accordingly, it is hereby **ORDERED** that: (1) the R&R is **ADOPTED**; (2) Plaintiff's objections are **OVERRULED**; (3) the ALJ's non-disability finding is **AFFIRMED**; and (4) this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

October 20, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge